IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE OWENS,<br><br>Defendant. | 6:20-po-05009-M-KLD<br>6:20-po-05010-M-KLD<br><br>ORDER TO DISMISS CITATIONS FAJD005L AND FAJD005N AND SET SENTENCING ON FAJD005M |

The United States has filed an unopposed motion to dismiss citations and set sentencing. (Doc. 8). Good cause appearing,

IT IS ORDERED that citations FAJD005L and FAJD005N in the above-referenced cases in the interest of justice.

IT IS FURTHER ORDERED that the bench trial set for December 13, 2021, at 1:30 is vacated and that sentencing on citation FAJD005M is set for December 13, 2021, at 1:30. Defendant may appear by video from the START program.

Dated this 8th day of December, 2021.

KATHLEEN L. DESOTO
United States Magistrate Judge

1